THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA PELTZ, Respondent, *v.* SIDNEY BREWSTER, Warden of the Second District Prison of the City of New York, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

(Argued March 24, 1931; decided April 7, 1931.)

*Thomas C. T. Crain*, District Attorney (*Felix C. Benvenga* of counsel), for appellant.

*John J. Bennett, Jr.*, Attorney-General (*Henry Epstein* of counsel), for the State of New York.

*John McKim Minton, Jr.*, for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.